IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JANE DOE, | § | |
|    *Plaintiff* | § | |
| v. | § | Civil Action No. 4:18-cv-1583 |
| | § | |
| HARRIS COUNTY SHERIFF'S OFFICE; HARRIS COUNTY, TEXAS; AND OFFICER VICTOR MORA, | § § § § § | JURY DEMANDED |
|    *Defendants.* | § | |

## DEFENDANT HARRIS COUNTY'S CERTIFICATE OF INTERESTED PARTIES

Pursuant to the Court's Order for Conference and Disclosure of Interested Parties, Defendant Harris County submits this Certificate of Interested Parties and represents to the Court the following:

### CERTIFICATION

Defendant Harris County certifies that the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, and other entities are financially interested in the outcome of this litigation:

**Parties and Attorneys:**

Plaintiff Jane Doe:
C/O Eric D. Nielsen
The Nielsen Law Firm, P.C.
9800 Northwest Frwy, Suite 134
Houston, Texas 77092

1

Defendant Harris County:
C/O Suzanne Bradley
Assistant County Attorney
1019 Congress, 15th Floor
Houston, Texas 77002

Victor Mora

|  |  |
|---|---|
|  | Respectfully submitted, |
|  |  |
|  | */S/ Suzanne Bradley* |
| OF COUNSEL: | **SUZANNE BRADLEY** |
|  | Assistant County Attorney |
| VINCE RYAN | Federal ID No. 24567 |
| HARRIS COUNTY ATTORNEY | State Bar No. 00793375 |
|  | 1019 Congress, 15th Floor |
|  | Houston, Texas 77002 |
|  | Telephone: (713) 274-5330 |
|  | Facsimile: (713) 755-8924 |
|  | suzanne.bradley@cao.hctx.net |
|  |  |
|  | ATTORNEY FOR DEFENDANT |

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2018, a true and correct copy of DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES was delivered to counsel of record via the CM/ECF system.

Eric D. Nielsen
The Nielsen Law Firm, P.C.
9800 Northwest Frwy, Suite 134
Houston, Texas 77092
eric@nielsentriallaw.com

*/S/ Suzanne Bradley*
Suzanne Bradley
Assistant County Attorney