UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

JANE DOE

v.                                                                  Case Number: 4:18-cv-01583

Harris County Sheriff's Office, et al.

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Stephen Smith

**PLACE:**
Courtroom 703
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 7/26/2018

**TIME:** 01:00 PM

**TYPE OF PROCEEDING:** Initial Conference

Date:   July 25, 2018

David J. Bradley, Clerk