IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JANE DOE § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. 4:18-CV-1583 |
| HARRIS COUNTY SHERRIFF'S § | |
| OFFICE; HARRIS COUNTY, TEXAS § | |
| AND OFFICER VICTOR MORA § | |

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to the Court's Order for Conference and Disclosure of Interested Parties, Plaintiff Jane Doe submits this Certificate of Interested Parties and represents to the Court the following:

### CERTIFICATION

Plaintiff Jane Doe certifies that the following persons, associations of persons, films, partnerships, corporations, affiliates, parent corporations, and other entities are financially interest in the outcome of this litigation:

**Parties and Attorneys:**

Jane Doe
By and through her attorney of record
Eric D. Nielsen
The Nielsen Law Firm, P.C.
9800 Northwest Freeway, Suite 314
Houston, Texas 77092
Connection to case: Plaintiff

Harris County, Texas
By and through its attorney of record
Suzanne Bradley
Assistant County Attorney
1019 Congress, 15th Floor
Houston, Texas 77002
Connection to case: Defendant

1

Ron Hickman
Former Sheriff of Harris County, Texas
Address is unknown to the Plaintiff but is well known to the Defendant Harris County, Texas and will request the information through the course of discovery
Connection to case: Defendant

Victor Mora
1922 Springrock Lane
Houston, Texas 77080
Connection to case: Defendant

              Respectfully submitted,

              THE NIELSEN LAW FIRM, P.C.


           By:   /s/ Eric D. Nielsen
                Eric D. Nielsen
                Texas State Bar No.: 15021625
                Fed Id: 806
                9800 Northwest Freeway, Suite 314
                Houston, Texas 77092
                Tel: (713) 524 4800
                Fax: (888) 587-9443
                eric@nielsentriallaw.com

          **ATTORNEY IN-CHARGE FOR PLAINTIFF**


            **CERTIFICATE OF SERVICE**

   I hereby certify that a true and correct copy of the foregoing instrument was served upon all counsel of record pursuant to Rule 5 of the Federal Rules of Civil Procedure on this the 25th day of July 2018.


               /s/ Eric D. Nielsen
               Eric D. Nielsen