UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas

**ENTERED**

July 26, 2018

David J. Bradley, Clerk

| | | |
|---|---|---|
| Jane Doe, | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | Civil Action H-18-1583 |
| | § | |
| Harris County Sheriff's Office, et al., | § | |
| *Defendants.* | § | |

## Scheduling Order

The following schedule shall be followed. All communications concerning the case shall be directed in writing to Jason Marchand, Case Manager for United States Magistrate Judge Stephen Wm. Smith, 515 Rusk, Room 5300, Houston, TX 77002, or via email cm41bt@txs.uscourts.gov.

1. __November 1, 2018__    NEW PARTIES shall be joined, with leave of court, by this date. The attorney causing such joinder shall provide copies of this ORDER to the new parties.

2A. __April 1, 2019__    PLAINTIFF shall designate EXPERT WITNESSES. Designation shall be in writing to opponent. Expert reports shall be served on the same day.

 B. __May 1, 2019__    DEFENDANT shall designate EXPERT WITNESSES. Designation shall be in writing to opponent. Expert reports shall be served on the same day.

3. __November 1, 2018__    AMENDMENTS to pleadings, **with** leave of court, shall be made by this date.

4. __June 3, 2019__    DISCOVERY shall be completed by this date.

5. __July 1 , 2019__    MOTION CUT-OFF. No motion, including motions to exclude or limit expert testimony under Fed. R. Evid. 702, shall be filed after this date except for good cause shown. See LR 7.

6. __September 13, 2019__    The JOINT PRETRIAL ORDER shall be filed on or before this date notwithstanding that a motion for continuance may be pending. Parties shall exchange all trial exhibits on before this date notwithstanding that a motion for continuance may be pending. NO LATE EXCHANGES OF EXHIBITS WILL BE PERMITTED. All motions in limine shall be submitted with the pretrial order. Failure to timely file a joint pretrial order, motions in limine, or exchange all trial exhibits may result in this case being dismissed or other sanctions imposed, in accordance with all applicable rules.

7. __September 23, 2019 @ 9:00 am__    TRIAL SETTING.

 Jury/~~Non-Jury~~ ETT:    __5  Days__

SIGNED on July 26, 2018.

Stephen Wm Smith
United States Magistrate Judge