Civil Action No. 4:18-CV-01583

Victor Alfonso Mora
1922 Springrock Lane
Houston Texas 77080

United States Courts
Southern District of Texas
FILED

AUG 15 2018

David J. Bradley, Clerk of Court

To whom it may concern:

This letter is being written in response to a civil suit being filed against myself.

I DENY each and every allegation being made against me.

*[signature]*

Victor Alfonso Mora