| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

JANE DOE

§
§
§
§
§       CIVIL ACTION NUMBER:
§          4:18-cv-1583
§
*versus*                                  §

HARRIS COUNTY SHERIFF'S
OFFICE, et al.

§
§
§
§

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636 (c).

Suzanne Bradley for Defendant Harris County

_____          _____
           [signature] Bradley, ACA

## ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

_____

to conduct all further proceedings, including final judgment.

_____          _____
         Date                                    United States District Judge

SDTX (consent mag) 7/13/98