United States District Court
Southern District of Texas
**ENTERED**
October 25, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Jane Doe, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION: 4:18-1583 |
| | § | |
| Harris County Sheriff's Office, et al, | § | |
| | § | |
| Defendants. | § | |

### ORDER

All the parties have been unwilling to sign the Consent to Proceed Before the Magistrate Judge form.  This case will now be returned to the docket of Judge David Hittner.  The court will enter a new scheduling order.

Signed this \_\_\_\_25\_\_\_\_ day of October, 2018.

_____
David Hittner
United States District Judge