UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| JANE DOE | § § § § § § § § § § § § | CIVIL ACTION NUMBER:<br>4:18-CV-1583 |
| *versus* | | |
| HARRIS COUNTY SHERIFF'S OFFICE, et al. | | |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636 (c).

*Eric Nilsen By Permission*

## ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

_____

to conduct all further proceedings, including final judgment.

_____             _____
Date                                                                        United States District Judge

SDTX (consent mag) 7/13/98

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## NOTICE OF THE RIGHT TO TRY
## A CIVIL CASE BEFORE A MAGISTRATE JUDGE

With the consent of all parties, a United States Magistrate Judge may preside in a civil case, including jury trial and final judgment.

The choice of trial before a magistrate judge is entirely yours. Tell only the clerk. Neither the judge or magistrate judge will be told until all the parties agree.

The district judge to whom your case is assigned must approve the referral to a magistrate judge.

You may get consent forms from the clerk.

Clerk of Court