Case 4:18-cv-01583   Document 25   Filed on 12/18/18 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
December 19, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JANE DOE, | § |
| Plaintiff, | § § § |
| v. | §  Civil Action No. H-18-1583 |
| HARRIS COUNTY SHERIFF'S OFFICE et al, | § § § |
| Defendants. | § § |

ORDER

Pending before the Court is Defendant Harris County Sheriff's Office and Defendant Harris County's Motion to Dismiss, or in the alternative, Motion for More Definite Statement (Document No. 8). On July 11, 2018, Defendants Harris County Sheriff's Office and Harris County ("Defendants") moved to dismiss the claims in Plaintiff's amended complaint. Thereafter, on July 25, 2018, Plaintiff filed a second amended complaint. Consequently, Defendants' motion to dismiss is moot. Accordingly, the Court hereby

**ORDERS** that Defendant Harris County Sheriff's Office and Defendant Harris County's Motion to Dismiss, or in the alternative, Motion for More Definite Statement (Document No. 8) is **DENIED as MOOT**.

SIGNED at Houston, Texas, on this __18__ day of December, 2018.

_____
DAVID HITTNER
United States District Judge