IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JANE DOE § | | |
| *Plaintiff,* § | | |
| § | | |
| v. § | Civil No. 4:18- CV-1583 | |
| § | | |
| HARRIS COUNTY SHERRIF'S § | JURY DEMAND | |
| OFFICE; HARRIS COUNTY, § | | |
| TEXAS; AND OFFICER VICTOR § | | |
| MORA § | | |
| *Defendants.* § | | |

## DEFENDANT'S DESIGNATION OF ATTORNEY-IN-CHARGE

Stan Clark, Assistant County Attorney, hereby files this Designation of Attorney-in-Charge for Defendant Harris County, Texas.

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, please direct and serve all further notices and copies of pleadings, papers and other material relevant to this action to:

**STAN CLARK**
Assistant County Attorney
State Bar No. 24062666
Federal Bar No. 3121992
1019 Congress, 15th Floor
Houston, Texas 77002
(713) 274-5117 (telephone)
(713) 755-8823 (facsimile)
Stan.Clark@cao.hctx.net

                                        Respectfully submitted,

OF COUNSEL:                      */s/ Stan Clark*

                                       **STAN CLARK**

VINCE RYAN                       Assistant County Attorney

HARRIS COUNTY ATTORNEY   State Bar No. 24062666

                                         Federal Bar No. 3121992

                                         1019 Congress, 15th Floor

                                         Houston, Texas  77002

                                         Telephone: (713) 274-5117

                                         Facsimile:  (713) 755-8823

                                         Stan.Clark@cao.hctx.net

                                         **ATTORNEY-IN-CHARGE FOR**
                                         **DEFENDANT HARRIS COUNTY, TEXAS**

                                         */s/ Suzanne Bradley*

                                         **SUZANNE BRADLEY**

                                         Assistant County Attorney

                                         Federal Bar No. 24567

                                         State Bar No. 00793375

                                         1019 Congress, 15th Floor

                                         Houston, Texas 77002

                                         Telephone:  (713) 274-5330

                                         Facsimile: (713) 755-8924

                                         Suzanne.bradley@cao.hctx.net

                                         **ATTORNEY FOR DEFENDANT**
                                         **HARRIS COUNTY, TEXAS**

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing document was served by electronic notice on this the 15th day of February, 2019 to:

Eric D. Nielsen
The Nielsen Law Firm, P.C.
9800 Northwest Freeway, Suite 134
Houston, Texas 77092
eric@nielsentriallaw.com

        */s/ Stan Clark*
        **STAN CLARK**