United States District Court
Southern District of Texas
**ENTERED**
November 07, 2019
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| JANE DOE,<br>*Plaintiff* | § § § § | Civil Action No. 4:18-cv-1583 |
| v.<br>HARRIS COUNTY SHERIFF'S OFFICE; HARRIS COUNTY, TEXAS; AND OFFICER VICTOR MORA,<br>*Defendants.* | § § § § § § § § | **JURY DEMANDED** |

## PARTIAL FINAL JUDGMENT

In conformity with the Order entered September 27, 2019, (Docket Entry 42), it is hereby ADJUDGED that Plaintiff Jane Doe take nothing against Defendants Harris County, Harris County Sheriff's Office and former Sheriff Ron Hickman.

All relief not granted herein is DENIED.

This is a final judgment with respect to Defendants Harris County, Harris County Sheriff's Office and former Sheriff Ron Hickman.

The Clerk will provide a copy of this Partial Final Judgment to all parties.

SIGNED in Houston, Texas, this __7__ day of __Nov__, 2019.

DAVID HITTNER
UNITED STATES DISTRICT COURT